UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARIO VELASQUEZ-LOPEZ,
a/k/a JOSE RAMON SANCHEZ-SOLIVAN,

        Defendant.
_____/  **INDICTMENT**

The Grand Jury charges:

### COUNT 1
(False Claim of Lawful Permanent Resident Status)

On or about October 9, 2019, in Kent County, in the Western District of Michigan, Southern Division,

MARIO VELASQUEZ-LOPEZ,
a/k/a JOSE RAMON SANCHEZ-SOLIVAN,

under penalty of perjury, knowingly subscribed as true a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, in that he then and there falsely attested in an Employment Eligibility Verification form (Form I-9) submitted to Brother's Staffing LLC, that he was a lawful permanent resident of the United States and provided an alien registration number not assigned to him.

18 U.S.C. § 1546(a)
8 U.S.C. § 1324a(b)(2)

**COUNT 2**
(Misuse of a Social Security Account Number)

On or about October 9, 2019, in Kent County, in the Western District of Michigan, Southern Division,

MARIO VELASQUEZ-LOPEZ,
a/k/a JOSE RAMON SANCHEZ-SOLIVAN,

with intent to deceive for the purpose of obtaining employment, falsely represented to Brother's Staffing LLC, a social security account number that had not been assigned to him by the Commissioner of Social Security, in that he then and there submitted and used on a Form I-9 a social security account number not assigned to him.

42 U.S.C. § 408(a)(7)(B)

## COUNT 3
(Alien Reentry)

On or about October 3, 2022, in Kent County, in the Western District of Michigan, Southern Division,

MARIO VELASQUEZ-LOPEZ,
a/k/a JOSE RAMON SANCHEZ-SOLIVAN,

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney