## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Mario Velasquez-Lopez | | DISTRICT JUDGE: | Paul L. Maloney |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:22-cr-166 | 1/6/2023 | 10:04 a.m. - 10:34 a.m. | Kalamazoo | Mauricio Fernandez de Cordova |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Donald Daniels | James Fisher | FPD Appointment |

### TYPE OF HEARING
- __ Arraignment:
    - __ mute    __ nolo contendre
    - __ not guilty    __ guilty
- __ Final Pretrial Conference
- __ Detention    (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: ____

### CHANGE OF PLEA
Charging Document:
- ✓ Read    __ Reading Waived

Guilty Plea to Count(s) **One**
of the **Indictment**

Count(s) to be dismissed at sentencing:
**Two and Three**

- __ Presentence Report Ordered
- ✓ Presentence Report Waived
- ✓ Plea Accepted by the Court
- __ Plea Taken under Advisement
- ✓ No Written Plea Agreement

### SENTENCING

Imprisonment: 3 months
Probation: n/a
Supervised Release: 2 years
Fine: $ 0.00
Restitution: $ 0.00
Special Assessment: $ Remitted

Plea Agreement Accepted:  ✓ Yes  __ No
Defendant informed of right to appeal:  ✓ Yes  __ No
Counsel informed of obligation to file appeal:  ✓ Yes  __ No

Conviction Information:
- Date: 1/6/2023
- By: Plea
- As to Count (s): 1 of the Indictment

**ADDITIONAL INFORMATION:**
Verbal plea agreement placed on the record; defendant's oral motion for reconsideration of denial of expedited sentencing is granted and joint motion for expedited sentencing (ECF No. 14) is granted; special assessment remitted upon motion by the government; Counts 2 and 3 are dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |