# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Mario Velasquez-Lopez                                    Case Number: 1:22CR00166-01

Name of Sentencing Judicial Officer: The Honorable Paul L. Maloney
                                     U.S. District Judge

Date of Original Sentence: January 6, 2023

Original Offense: Count 1: False Claim of Lawful Permanent Resident Status,
                  18 U.S.C. § 1546(a), 8 U.S.C. § 1324a(b)(2)

Original Sentence: 3 months imprisonment and 2 years supervised release. Special Conditions: (1) surrender to U.S. Immigration and Customs Enforcement for deportation proceedings; (2) report to U.S. Immigration and Customs Enforcement and follow instructions; (3) if deported and re-enter the United States report to probation within 72 hours; (4) if released or not deported report to probation within 72 hours; (5) obtain proper documents from U.S. Immigration and Customs Enforcement to work in United States; (6) not commit any federal, state, or local crime. Special Assessment, remitted.

Type of Supervision: Supervised Release                    Date Supervision Commenced: March 1, 2023
                                                                     Expiration Date: February 28, 2025

Assistant U.S. Attorney: Donald Daniels                    Defense Attorney: James Stevenson Fisher

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that Mario Velasquez-Lopez has violated the following conditions of supervision:

**Violation Number 1**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about October 3, 2023, Mr. Velasquez-Lopez committed the crime of Felon Reentry of a Deported Alien, in violation of 8 U.S.C. § 1326(a) and (b)(1), a felony, punishable by up to 10 years imprisonment and a $250,000.00 fine.

**Violation Number 2**

**Special Condition Number 3: If you are ordered deported from the United States, you must remain outside the United States. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.**

On or about October 3, 2023, Mr. Velasquez-Lopez entered the United States and did not report to the nearest probation office.

**Violation Number 3**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about October 3, 2023, Mr. Velasquez-Lopez committed the crime of Child Abuse – 3rd Degree, in violation of MCL 750.136b(5)(a), a felony, punishable by not more than 2 years imprisonment.

**Nature of Noncompliance for Violations 1- 3**

According to a Grand Rapids, Michigan, Police Department arrest report, officers were dispatched to a residence in reference to a domestic assault. Officers spoke to the victim, age 14, who stated his mother's boyfriend, Mr. Velasquez-Lopez, entered his bedroom and struck him with an unknown object on his knee. Officers observed a visible minor welt and redness of the victim's kneecap. The victim reported he told his siblings to go to another room and then contacted the police. Officers made contact with Mr. Velasquez-Lopez and arrested him. They observed him to have blood on his hands and noticed a blood trail leading into the living space of the residence. One of the minor children in the residence told the officers Mr. Velasquez-Lopez punched a hole in a piece of glass.

Mr. Velasquez-Lopez was arrested under the name Jose Sanchez-Solivan. His true identity was discovered upon his booking into the Kent County Correctional Facility, Grand Rapids, Michigan. He has been charged with Child Abuse – 3rd Degree, in the 61st District Court, Grand Rapids, Michigan, in Case Number 23-FY-1517. A next court date is scheduled for October 17, 2023.

Mr. Velasquez-Lopez is not a citizen of the United States, has no legal status in the United States. According to Immigration and Customs Enforcement records, he was last deported on or about March 29, 2023, to his native Guatemala. Mr. Velasquez-Lopez did not receive permission to reenter the United States and did not report to the nearest probation office upon reentering the United States.

**Previous Violations**

- None.

**U.S. Probation Officer Recommendation:**

The supervised release should be
    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2023

Approved,

by  /s/ Scott M. Lopofsky
Scott Lopofsky
Supervisory U.S. Probation Officer
Date: October 5, 2023

Respectfully submitted,

by  /s/ Maya Hairston-Moore
Maya Hairston-Moore
U.S. Probation Officer
Date: October 5, 2023

THE COURT ORDERS:

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    Other

    /s/ Paul L. Maloney
The Honorable Paul L. Maloney
U.S. District Judge

    October 5, 2023
Date